Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**FILED**
November 30, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ad_____
DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Texas
Waco Division

Ileana Monstelongo
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v- STAFF MANAGEMENT
Tracie Kendall, Steve Lightfoot, Charolette, Mars Wrigley

Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. **6:23-cv-00825**
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Ileana Montelongo
- Address: 3800 Homan
  - City: Waco
  - State: Texas
  - Zip Code: 76707
- County: Mclennan
- Telephone Number:
- E-Mail Address: ileana254@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Tracie Kendall
- Job or Title: Human Resource Representative
- Address: 1015 A Street
  - City: Tacoma
  - State: Washington
  - Zip Code: 98402
- County:
- Telephone Number: (253) 680-8414
- E-Mail Address: tkendall@trueblue.com
- [ ] Individual capacity  [x] Official capacity

**Defendant No. 2**
- Name: Steve Lightfoot
- Job or Title: Account Manager
- Address: 1001 Texas Central Pkwy
  - City: Waco
  - State: Texas
  - Zip Code: 76712
- County:
- Telephone Number:
- E-Mail Address:
- [ ] Individual capacity  [x] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**Defendant No. 3**
Name: Charlotte LAST NAME UNKNOWN
Job or Title (if known): 13-14 YR EMPLOYEE / Floor Sup.
Address: 1001 Texas Central Pkwy
City: Waco   State: Texas   Zip Code: 76712
County: McLennan
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [X] Official capacity

**Defendant No. 4**
Name: Mars Wrigley
Job or Title (if known): Business
Address: 1001 Texas Central Pkwy ~~Waco 76712~~
City: Waco   State: Texas   Zip Code: 76712
County: McLennan
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Title VII of the retaliation act, Zero tolerance policy, Tortious discharge wrongful termination

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Steve lightfoot violated the zero tolerance policy by screaming at me at the top of his lungs while hitting a file cabinet with his fist. Charolette sexually harrassed me by showing me a cup with penis's on it and shoving it in my face. When I reported the incident to Tracie kendall she wrongfully terminated me for refusing to come back to work with those who sexually harrassed me and intimidated me.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?


Waco Texas

B. What date and approximate time did the events giving rise to your claim(s) occur?


2-14-2022   11:48 am

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have severe depression, panic attacks, and suffer from severe CPTSD symptoms as a result of the incident. I am currently taking: olanzapine, clonazepam, fluoxitine, and meloxicam.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting five hundred thousand in actual damages for loss of wages, medical bills, and emotional distress. And five hundred thousand in punitive damages for the unwarranted work violence suffered by Steve Lightfoot, the sexual harrassment by Charolette, and the wrongful termination by Tracie Kendall. Had it not been for the incident that occurred I would still be gainfully employed and not suffering from the medical conditions that I suffer from which has effected not only me but my children

Page 5 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-27-23

Signature of Plaintiff: Ileana Montelongo

Printed Name of Plaintiff: Ileana Montelongo

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Address: 

City | State | Zip Code

Telephone Number: 
E-mail Address:

I came into the office around noon on February 14,2022 after completing some off-site recruiting activities that are a part of my position as a recruiting manager. I was asked by Steve, my immediate supervisor, if I knew where to locate a form, he needed to perform a task of his position. I told him I did not, but that I would use the office online support system to see if it could shed light on where the form could be found. I received a response from the online support system a few minutes later and gave him instructions on where to locate the form. I then began to perform the duties of my position. As I was booting up my computer to check my email, I heard Steve, my supervisor, say we need to get the hiring numbers up. I thought he was talking on the phone, but when he began to yell at the top of his voice, I turned around shocked at his behavior. Only then did I realize he was speaking to me with this unprovoked show of anger. When I looked him directly in the eyes, he got out of his chair and began hitting the file cabinet with his fist and yelling we need to get the numbers up so we can meet the quota before the deadline. I was shocked, afraid, and felt a sense of embarrassment. There was no one else in the room and I was afraid to get-up and leave. I turned around and did my duties and hoped he would not physically harm me or scream at me again. At two o clock he left, I worked a split shift and did not leave until five. As soon as the second shift supervisor arrived, shaking, and crying uncontrollably, I explained what had happened. I was told by the other supervisor that everything would be okay and to go wash my face and get myself together. After washing my face and calming a bit I returned to the office where I was greeted by a coworker name Charolette who was holding a cup with pictures of penises on it. She spit a penis shaped ice cube in her hand and thrust it in my face and said it will be ok all you need is some of this. The next day while driving I began to have chest pains, so I drove to my doctor's office, the medical team, and I thought I was having a heart attack. I spoke with Tracie Kendall, the human resource representative in Washington Dc. After explaining the work-related violence and sexual harassment that I had endured at the office, and submitting medical documentation from my doctor that I was suffering from CPTSD symptoms due to the incident, was on medication, and that my doctor said the work environment under my supervisor Steve was not good for my mental health. I was given an ultimatum, return to work under the same conditions or be terminated. And I was terminated.